IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06 CV264 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| 2001 DODGE RAM QUAD CAB, | ) | ORDER |
| VIN 3B7HF13Z81G210683, | | |
| | ) | |
| Defendant. | ) | |

   A telephone conference was held with counsel this date pursuant to Fed. R. Civ. P. 16.  Counsel agreed that the matter should be continued to accommodate related litigation.

   IT THEREFORE HEREBY IS ORDERED:  The planning conference with the undersigned magistrate judge shall be held at 9:00 a.m. on August 25, 2006.  Plaintiff's counsel shall place the call.


   DATED June 28, 2006

                              BY THE COURT:

                              s/ David L. Piester
                              United States Magistrate Judge