```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV264 |
| | ) | |
| v. | ) | |
| | ) | |
| 2001 DODGE RAM QUAD CAB, | ) | ORDER |
| VIN 3B7HF13Z81G210683, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Following a conference with counsel pursuant to <u>Fed. R. Civ. P.</u> 16, concerning matters of importance in scheduling this case, and the parties' oral statements that they intend to consent to trial of this matter before the undersigned,

IT IS ORDERED,

Non-jury trial of this matter is set to commence at 9:00 a.m. on September 27, 2006 before the undersigned magistrate judge in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska.

DATED this 29th day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge