```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,         )
                                  )
        Plaintiff,                )
                                  )
    vs.                           )       8:06CV264
                                  )
2001 DODGE RAM QUAD CAB,          )
VIN 3B7HF13Z81G21083,             )       MEMORANDUM AND ORDER
                                  )
        Defendant.                )
```

NOW ON THIS 28th day of September, 2006, this matter comes on before the Court upon the Joint Stipulation of the parties (Filing No 21). The Court reviews the file and the Stipulation, and, being duly advised on the premises, finds as follows:

1.   The 2001 DODGE RAM QUAD CAB, VIN 3B7HF13Z81G21083, the Defendant property, should be returned to the Claimant, Michael Handley.

2.   Pursuant to this Court's Order dated March 16, 2006(Filing No. 5), the United States Marshal for the District of Nebraska ("Marshal") has published notice of his intent to dispose of the property in such a manner as the Attorney General may direct. An Affidavit of Publication was filed herein on May 4, 2006(Filing No. 10).  In response to said published notice, no person or entity, other than Mr. Handley, has filed a Petition setting forth any legal or equitable interest in the Defendant property.

3.   The Claimant shall pay the United States $3,000.00. Said $3,000.00 shall be considered forfeited to the United States.

4.   The parties' Stipulation should be approved.

IT THEREFORE HEREBY IS ORDERED:

A. The parties' Joint Stipulation, filing 21, is approved.

B. The 2001 DODGE RAM QUAD CAB, VIN 3B7HF13Z81G21083, the Defendant property, shall be returned to the Claimant, Michael Handley. The Marshal is hereby directed to return the vehicle to Mr. Handley.

C. Pursuant to this Court's Order dated March 16, 2006 (Filing No. 5), the Marshal has published notice of his intent to dispose of the property in such a manner as the Attorney General may direct. An Affidavit of Publication was filed herein on May 4, 2006 (Filing No. 10). In response to said published notice, no person or entity, other than Mr. Handley, has filed a Petition setting forth any legal or equitable interest in the subject property.

D. The Claimant shall pay the United States $3,000.00. Said $3,000.00 shall be considered forfeited to the United States. All right, title or interest in or to said $3,000.00 held by any person or entity is hereby forever barred and foreclosed.

E. The Marshal shall dispose of said $3,000.00 in accordance with law.

F. Upon Mr. Handley's receipt of the 2001 DODGE RAM QUAD CAB, VIN 3B7HF13Z81G21083, he shall file a Receipt for said vehicle. Upon the filing of said Receipt, this Court shall enter a Judgment in this action.

Dated this 28th Day of September, 2006.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge

2